Case 2:02-cv-00158-J  Document 13  Filed 05/05/05  Page 1 of 2  PageID 62

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 5 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| ROY DON JONES, | § | |
| Petitioner, | § | |
| v. | § | 2:02-CV-0158 |
| DOUGLAS DRETKE, Director, Texas Department of Criminal Justice, Institutional Division, | § | |
| Respondent. | § | |

### ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner ROY DON JONES, has filed a petition for writ of habeas corpus by a person in state custody attacking his conviction for the offense of robbery out of the 251st Judicial District Court, Randall County, Texas.[1] On April 13, 2005, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that such petition be denied. On April 28, 2005, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED.

---

[1] Petitioner has objected to the conviction date listed in the Report and Recommendation as September 21, 1999 stating that date was related to another robbery conviction out of Potter County, Texas. Petitioner is correct. Petitioner then lists his conviction date to be October 1, 1999. However, on his original habeas application, petitioner listed the date as October 21, 1999. A review of the state court docket shows the judgment date to be October 26, 1999. The exact date of disposition, however, is not determinative of this case.

Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DENIED. Let judgment be entered accordingly.

    IT IS SO ORDERED.

    ENTERED this _____5th_____ day of _____May_____ 2005.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE